COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
 2-05-382-CR

 

 

BILLY DALE WALKER                                                           APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM
THE 213TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------

Appellant Billy Dale Walker
appeals from his conviction for burglary of a motor vehicle.  According to the trial court=s judgment, Appellant was convicted pursuant to a plea-bargain, and
his punishment was assessed in accordance with the plea-bargain at fourteen
months= confinement.








The trial court=s certification states that this is a plea-bargain case and that
Appellant has no right to appeal. 
Accordingly, we informed Appellant=s appointed counsel by letter on October 11, 2005 that this court
would dismiss the appeal unless Appellant or any party showed grounds for
continuing it.  We received a response
from Appellant=s appointed
counsel, but the response does not show grounds for continuing the appeal in
light of the trial court=s
certification.  Therefore, we dismiss
this appeal.[2]

PER CURIAM

 

PANEL D:   GARDNER, WALKER, and MCCOY, JJ.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  November 17, 2005   











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P. 25.2(d), 43.2(f).